```
DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELIGIO SOTO-TOPETE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0113-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ELIGIO SOTO-TOPETE, ) | Date: May 17, 2007 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America though KYLE REARDON, Assistant U.S. Attorney and Defendant, ELIGIO SOTO-TOPETE, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of May 3, 2007 be vacated and a status conference be set for May 17, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 17, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 30, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
ELIGIO SOTO-TOPETE

Dated:  April 30, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
MICHAEL BECKWITH FOR KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2