1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ELIGIO SOTO-TOPETE

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )  No. 2:07-cr-00113-MCE
                                )
12             Plaintiff,       )
                                )  STIPULATION AND ORDER
13     v.                       )
                                )
14 ELIGIO SOTO-TOPETE,          )  Date:  June 14, 2007
                                )  Time:  9:00 a.m.
15             Defendants.      )  Judge: Hon. Morrison C. England, Jr.
                                )
16 _____)

17

18     It is hereby stipulated and agreed to between the United States of
19 America though KYLE REARDON, Assistant U.S. Attorney and defendant,
20 ELIGIO SOTO-TOPETE, by and through his counsel, Dennis S. Waks,
21 Supervising Assistant Federal Defender, that the status conference of
22 May 17, 2007 be vacated and a status conference be set for June 14,
23 2007, at 9:00 a.m.
24     This continuance is being requested because defense counsel
25 requires additional time to review discovery, continue our
26 investigation, and to interview our client and other witnesses.
27 ///
28 ///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 14, 2007

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
ELIGIO SOTO-TOPETE

Dated: May 14, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
KYLE REARDON
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: May 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE